IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | : | C.A. No. 07-356 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BASSETT BOAT COMPANY, INC. | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE AND DESIGNATION OF COUNSEL TO BE NOTICED**

Michael J. Daly hereby enters his appearance as counsel of record for plaintiff New Hampshire Insurance Company.

Pursuant to LR Gen 206(c), Michael J. Daly is hereby designated attorney to receive notices sent to attorneys at Vetter and White.

Respectfully submitted,

/s/ Michael J. Daly

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: September 20, 2007