AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

New Hampshire Insurance Company,

V.

Bassett Boat Company, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 356 S

TO: (Name and address of Defendant)

Bassett Boat Co.
c/o Diane Bassett Zable
One Masthead Drive
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brooks R. Magratten, Esq., #3585
Michael J. Daly, Esq., #6729
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060

Michael Wojnar

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

9-19-07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-17-08 |
| NAME OF SERVER *(PRINT)* Thomas J. Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michael Wojnar

☐ Returned unexecuted:

☒ Other (specify): Left at office of corporation

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 — | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-17-08
Date

[signature]
Signature of Server

111 Wunnegin Circle Warwick
Address of Server

THOMAS J. SHERMAN
RI CONSTABLE #6102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.