IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>Plaintiff,<br><br>v.<br><br>BASSETT BOAT COMPANY, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-356 |

**STIPULATION**

Plaintiff New Hampshire Insurance Company and defendant Bassett Boat Company, Inc. agree that defendant need not respond to the Complaint filed on September 19, 2007, and that defendant may have up to and including March 7, 2008, to respond to the Amended Complaint, filed on February 6, 2008.

| | |
|---|---|
| /s/ Michael J. Daly<br>Brooks R. Magratten, No. 3585<br>Michael J. Daly, No. 6729<br>VETTER & WHITE<br>Attorneys for Plaintiff<br>20 Washington Place<br>Providence, Rhode Island 02903<br>(401) 421-3060<br>(401) 272-6803 FAX<br>mdaly@vetterandwhite.com<br>bmagratten@vetterandwhite.com | /s/ Gardner H. Palmer, Jr.<br>Gardner H. Palmer Jr., Esq., No. 3707<br>Law Office of Joseph M. DiOrio, Inc.<br>Attorneys for Defendant<br>10 Dorrance Street, Suite 1200<br>Providence, RI 02903<br>Phone: 401-632-0911<br>Fax: 401-632-0751<br>ghpalmer@dioriolaw.com |

Dated: February 6, 2008

CERTIFICATE OF SERVICE

To:

Richard M. Levy, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

Gardner H. Palmer Jr., Esq.
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel for defendant a copy of the within STIPULATION by email on the 6th day of February, 2008. I further certify that I electronically filed this STIPULATION on February 6, 2008. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service has been effectuated by electronic means.

/s/ Michael J. Daly