UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | : | |
| Plaintiff | : | C.A. No. 07-356 S |
| | : | |
| v. | : | |
| | : | |
| BASSETT BOAT COMPANY, INC. | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

Gardner H. Palmer, Jr. and the Law Office of Joseph M. DiOrio, Inc. hereby enter their appearance as counsel for defendant Bassett Boat Company, Inc.

Respectfully submitted:

/s/ Gardner H. Palmer, Jr.

Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
Phone: 401 632-0911
Fax: 401 632-0751
ghpalmer@dioriolaw.com

Dated: February 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008 I electronically filed the within Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Brooks R. Magratten, Esq. bmagratten@vetterandwhite.com

Michael J. Daly, Esq. mdaly@vetterandwhite.com

Joseph M. DiOrio, Esq. jmdiorio@dioriolaw.com

/s/ Gardner H. Palmer, Jr.