UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>Plaintiff,<br><br>v.<br><br>BASSETT BOAT CO., INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-356 S |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Bassett Boat Co., Inc. hereby moves that Richard M. Levy, Esq., be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

BASSETT BOAT CO., INC.
By its Attorneys,

/s/ Gardner H. Palmer, Jr.
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite1200
Providence, RI 02903
Phone: 401 632-0911
Fax: 401 632-0751
Email: ghpalmer@dioriolaw.com

Date: February 13, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): D. Connecticut, D. Massachusetts, and Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

By: /s/ Richard M. Levy

Richard M. Levy, Esq.
CT Juris No. 404652
Kroll, McNamara, Evans & Delehanty, LLP
West Hartford, CT 06107
Tel. 860 561-7070
Fax: 860 561-7075
Email: rlevy@kmelaw.com

Date: February 11, 2008

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

By: /s/ Gardner H. Palmer, Jr.

Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite1200
Providence, RI 02903
Phone: 401 632-0911
Fax: 401 632-0751
Email: ghpalmer@dioriolaw.com

Date: February _____, 2008

---------------------------------------------------------------------------------------------------

**ORDER**

This motion is hereby ___________________________________.

___________________________________
District Judge
Date: