UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW HAMPSHIRE INSURANCE COMPANY
Plaintiff,

v. : C.A. No. 07-356 S

BASSETT BOAT CO., INC.
Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Bassett Boat Co., Inc. hereby moves that David A. Lavenburg, Esq., be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

BASSETT BOAT CO., INC.
By its Attorneys,

/s/ Gardner H. Palmer, Jr.

Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite1200
Providence, RI 02903
Phone: 401 632-0911
Fax: 401 632-0751
Email: ghpalmer@dioriolaw.com

Date: February 13, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): D. Connecticut, D. Massachusetts, and Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

---

**ORDER**

This motion is hereby Granted.

WSM
District Judge
Date: 2/14/08