314573

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-0356-S |
| BASSETT BOAT CO., INC., | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE AND DESIGNATION OF COUNSEL TO BE NOTICED

I, Andrew C. Coulam, hereby enter my appearance as co-counsel of record for plaintiff and counterclaim defendant New Hampshire Insurance Company. I respectfully request, pursuant to Local Rule 206(c)(1), that the Court send me notices regarding the above-captioned matter.

Date: April 24, 2008

/s/ Andrew C. Coulam

Andrew C. Coulam, Esq.
R.I. Bar No. 6884
acoulam@taylorduane.com
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

## CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on April 24, 2008, I served a true and accurate copy of the foregoing by ECM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter: Gardner H. Palmer, Jr., Esq. (ghpalmer@dioriolaw.com); Richard M. Levy, Esq. (rlevy@kmelaw.com); Brooks R. Magratten, Esq. (bmagratten@vetterandwhite.com); and Michael J. Daly, Esq. (mdaly@vetterandwhite.com). I also hereby certify that I served a true and accurate copy of the foregoing by U.S. mail, postage pre-paid to David Lavenburg, Esq. and Richard M. Levy, Esq. of Kroll, McNamara, Evans & Delehanty, LLP, 29 South Main Street, West Hartford, CT 06107.

/s/ Andrew C. Coulam