**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | : | |
| Plaintiff | : | Case No. 07-356-S |
| v. | : | |
| BASSETT BOAT CO., INC. | : | |
| Defendant | : | |

**MOTION OF DEFENDANT BASSETT BOAT**
**<u>COMPANY, INC. TO TRANSFER VENUE</u>**

Pursuant to 28 U.S.C. § 1404(a), the defendant, Bassett Boat Co., Inc. ("hereinafter "Bassett"), respectfully moves that this Court transfer this case to the United States District Court for the District of Massachusetts, Springfield (Western) Division.

Although this insurance coverage dispute arises out of a loss sustained by Bassett at its Warwick, Rhode Island, facility, Bassett's corporate office is located in Springfield, Massachusetts, as are almost all of the officers and employees of Bassett who are expected to testify in this case. Further, as set forth in its Complaint, plaintiff insurance company appears to have no physical presence in Rhode Island, having its principal office in New York, New York; the insurance contract in question was not made in Rhode Island; and it is unlikely that Rhode Island law will govern its interpretation. Finally, NHIC's conduct in filing this suit during the pendency of settlement discussions appears to have been done to prevent Bassett from first filing suit in Massachusetts, as a result of which NHIC's choice of forum should not

**ORAL ARGUMENT REQUESTED**

be accorded any priority. Accordingly, and as set forth in greater detail in the accompanying memorandum of law and affidavits in support hereof, this action should be transferred.

DEFENDANT, BASSETT
BOAT COMPANY, INC.
By Its Attorneys

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr., (No. 3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite1200
Providence, Rhode Island 02903
Phone: 401-632-0911
Fax: 401-632-0751
email: ghpalmer@dioriolaw.com

*/s/ Richard M. Levy*
Richard M. Levy, Esq. (*pro hac vice*)
KROLL, McNAMARA, EVANS
& DELEHANTY LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-7070
Fax. (860) 561-7075
E-mail: rlevy@kmelaw.com

May 6, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2008, a copy of the foregoing Motion to Transfer Venue was filed electronically and served by first-class U.S. mail, postage prepaid, on anyone unable to accept electronic filing, including the following:

Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Andrew C. Coulam, Esq.
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Notice of this filing was sent by electronic mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr.,