The company issuing this policy is indicated by an "X" in the box to the left of the company's name.

YACHT DEALERS/MARINA OPERATORS POLICY

# New Hampshire

| | | | |
|---|---|---|---|
| [X] | NEW HAMPSHIRE INSURANCE COMPANY | [ ] | AMERICAN FIDELITY COMPANY |
| [ ] | GRANITE STATE INSURANCE COMPANY | [ ] | ILLINOIS NATIONAL INSURANCE CO. |

MAILING ADDRESS: 70 PINE STREET, NEW YORK, N.Y. 10270



EXHIBIT A

## BASIC EXCLUSIONS: THIS POLICY DOES NOT COVER

A) INHERENT VICE OR DEFECT: WEAR, TEAR AND/OR GRADUAL DETERIORATION, ELECTROLYSIS, DEPRECIATION, INSECTS OR VERMIN.

B) SECRETION BY, CONVERSION BY, THEFT BY, OR THE INFIDELITY OF THE INSURED, INSURED 'S EMPLOYEES OR PERSONS TO WHOM THE INSURED PROPERTY IS ENTRUSTED.

C) LOSS, DAMAGE OR EXPENSE WHILE VESSEL OR VESSELS ARE ENGAGED IN ANY OFFICIAL RACE OR SPEED TEST, OR LOSS OR DAMAGE TO THE RUDDER, PROPELLER, SHAFT OR MACHINERY OF RUNABOUTS, CRUISERS, OR UTILITY BOATS WITH A RATED SPEED OF FORTY-FIVE (45) MILES PER HOUR, OR MORE, UNLESS CAUSED BY SINKING, BURNING OR COLLISION WITH ANOTHER SHIP OR VESSEL.

D) LOSS OR DAMAGE DUE TO DAMPNESS OF THE ATMOSPHERE OR EXTREMES IN TEMPERATURE OR BY FREEZING OR RUSTING.

E) AGAINST LOSS OR DAMAGE CAUSED BY OR RESULTING FROM: (1) HOSTILE OR WARLIKE ACTION IN TIME OF PEACE OR WAR, INCLUDING ACTION IN HINDERING, COMBATING OR DEFENDING AGAINST AN ACTUAL, IMPENDING OR EXPECTED ATTACK (A) BY ANY GOVERNMENT OR SOVEREIGN POWER (DE JURE OR DE FACTO), OR BY ANY AUTHORITY MAINTAINING OR USING MILITARY, NAVAL OR AIR FORCES; OR (B) BY MILITARY, NAVAL OR AIR FORCES; OR (C) BY AN AGENT OF SUCH GOVERNMENT, POWER, AUTHORITY OR FORCES; (2) ANY WEAPON OF WAR EMPLOYING ATOMIC FISSION OR RADIOACTIVE FORCE WHETHER IN TIME OF PEACE OR WAR; (3) INSURRECTION, REBELLION, REVOLUTION, CIVIL WAR, USURPED POWER, OR ACTION TAKEN BY GOVERNMENT AUTHORITY IN HINDERING, COMBATING OR DEFENDING AGAINST SUCH AN OCCURRENCE, SEIZURE OR DESTRUCTION UNDER QUARANTINE OR CUSTOMS REGULATIONS, CONFISCATION BY ORDER OF ANY GOVERNMENT OR PUBLIC AUTHORITY, OR PUBLIC AUTHORITY, OR RISKS OF CONTRABAND OR ILLEGAL TRANSPORTATION OR TRADE; (4) THIS COMPANY SHALL NOT BE LIABLE FOR LOSS BY NUCLEAR REACTION OR NUCLEAR RADIATION OR RADIOACTIVE CONTAMINATION, ALL WHETHER CONTROLLED OR UNCONTROLLED, AND WHETHER SUCH LOSS BE DIRECT OR INDIRECT, PROXIMATE OR REMOTE, OR BE IN WHOLE OR IN PART CAUSED BY, CONTRIBUTED TO, OR AGGRAVATED BY THE PERIL(S) INSURED AGAINST IN THIS POLICY; HOWEVER, SUBJECT TO THE FOREGOING AND ALL PROVISIONS OF THIS POLICY, DIRECT LOSS BY FIRE RESULTING FROM NUCLEAR REACTION OR NUCLEAR RADIATION OR RADIOACTIVE CONTAMINATION IS INSURED AGAINST BY THIS POLICY.

F) LOSS OR DAMAGE CAUSED BY OR RESULTING FROM EXCEEDING THE REGISTERED OR RATED LIFTING CAPACITY OF ANY LIFT DEVICE, MARINE RAILWAY OR DRYDOCK.

G) LOSS OR DAMAGE TO PROPERTY USED BY THE INSURED FOR RENTAL OR CHARTERING PURPOSES (UNLESS OTHERWISE ENDORSED HEREON).

H) LOSS IN RESPECT TO COSTS OR EXPENSES TO CORRECT FAULTY WORKMANSHIP, MATERIAL OR DESIGN CAUSED BY OR PROVIDED BY THE INSURED.

I) LOSS OR SHORTAGE DISCLOSED UPON TAKING INVENTORY.

J) LOSS OR DAMAGE CAUSED BY CONTAMINATION OF WATERS.

K) LOSS TO MOTOR VEHICLES.

L) LOSS, DAMAGE OR EXPENSE WHICH MAY BE RECOVERABLE UNDER OTHER INSURANCE INURING TO THE BENEFIT OF THE INSURED EXCEPT AS TO ANY EXCESS OVER AND ABOVE THE AMOUNT RECOVERABLE THEREUNDER.

M) MYSTERIOUS DISAPPEARANCE.

N) LOSS, DAMAGE OR EXPENSE ARISING OUT OF (A) THE INSURED'S PRODUCTS, OR (B) PRODUCTS SOLD BY THE INSURED, OR (C) COMPLETED OPERATIONS PERFORMED BY OR ON BEHALF OF THE INSURED.

## GENERAL CONDITIONS

**Recoveries:** Any recovery or salvage on a "loss" will accrue entirely to the benefit of the Company until the sum paid has been recovered.

**Definition of Insured:** With respect to the insurance provided hereunder, the unqualified word "Insured" includes the Named Insured, provided that (1) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is a sole proprietor, (2) if the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only in respect to his liability as such, and (3) the employees of the Insured acting within the scope of their duties and in the course of their employment.

The insurance applies separately to each Insured against whom claim is made or suit is brought, but the inclusion herein of more than one Insured shall not operate to increase the applicable limit of this Company's liability.

**Misrepresentation and Fraud:** The entire contract shall be void if, whether before or after a loss, the Insured has concealed or misrepresented any material fact or circumstance concerning the insurance or the subject thereof, or the interests of the Insured therein, or in case of any fraud or false swearing by the Insured relating thereto.

**Notice of Loss:** (1) The Insured shall as soon as practicable report in writing to the Company or its agent every loss, damage or occurrence which may give rise to a claim under this policy and shall also file with the Company or its agent within ninety (90) days from date of discovery of such loss, damage or occurrence, a detailed sworn proof of loss; (b) If claim is made or suit is brought against the Insured, the Insured shall immediately notify the Company and forward to the Company every demand, notice, summons or other legal process.

**Settlement of Loss:** All adjusted claims shall be paid or made good to the Insured within sixty (60) days after presentation and acceptance of satisfactory proof of interest and loss at the office of the Company. No loss shall be paid or made good if the Insured has collected the same from others.

**Protection of Property and Cooperation of the Insured:** In case of loss it shall be necessary and lawful for the Insured, his or their factors, employees and assigns, to sue, labor and travel for, in and about the defense, safeguard and recovery of the property insured hereunder, or any part thereof, without prejudice to this insurance, nor shall the acts of the Insured or Company, in recovery, saving and preserving the property insured in case of loss be considered a waiver or acceptance of abandonment. The expenses so incurred shall be borne by the Insured and the Company proportionately to the extent of their respective interests. The Insured shall cooperate with the Company and upon the Company's request shall aid in securing information, evidence, obtaining of witnesses and in all other matters which the Company may deem necessary in respect to any occurrence as hereinafter provided.

**No Benefit to Bailee:** This insurance shall in no wise inure directly or indirectly to the benefit of any carrier or other bailee.

**Subrogation or Loan:** In the event of any payment under this policy the company shall be subrogated to all the Insured's rights of recovery thereof against any person or organization, and the Insured shall do whatever necessary to secure such rights. Any action by the Insured in waiving recovery will invalidate the claim against the Company.

**Suit:** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the same be commenced within twelve (12) months next after discovery by the Insured of the occurrence which gives rise to the claim, provide, however, that if by the laws of the State within which this policy is issued such limitation is invalid then any such claims shall be void unless such action, suit or proceeding be commenced within the shortest limit of time permitted by the laws of such state.

**Other Insurance:** If there is any other valid and collectible insurance which would apply in the absence of this policy the insurance under this policy shall apply only as excess over such other insurance.

**Conformity to Statute:** Terms of this policy which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

**Changes:** Notice to any agent or knowledge possesses by any agent or by any other person shall not effect a waiver or a change in any part of this policy or stop the company form asserting any right under the terms of this policy nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**Cancellation:** This policy may be cancelled by the Insured by surrender thereto to the Company or any of its authorized agents or by mailing to the company written notice stating when thereafter such cancellation shall be effective. Earned premium in the event of the policy being written on a reporting basis shall be computed on the basis of the reports submitted up to the effective date of cancellation. If this policy or any part thereof is written on a non-reporting basis, and the Insured cancels, earned premium shall be computed in accordance with the customary short rate provisions. If the company cancels, earned premium shall be computed pro-rata. This policy may be cancelled by the Company by mailing to the Insured at the address shown in this policy or last known address written notice stating when, not to be less than fifteen (15) days thereafter, such cancellation shall be effective. The time of the surrender of the policy or the effective date and hour or cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Insured or by the Company shall be equivalent to mailing.

Rev (7/93)

This policy is signed here by the President and Secretary of the company and countersigned on the Declarations Page by its authorized representative.

Secretary

President

# YACHT DEALER/MARINA OPERATORS COVERAGE PART DECLARATIONS

This declarations page with Policy Forms and Provision issued to form a part thereof, completes the below numbered policy of the NEW HAMPSHIRE INSURANCE COMPANY.

**POLICY NUMBER:** DMO 690-89-66

**RENEWAL OF:** DMO 690-89-66

Named Insured: Bassett Boat Company
121 West Street
Springfield, MA 01104

Agent: Hilb Rogal & Hobbs
101 Federal Street
Boston, MA 02110

From: 02/01/07 To: 02/01/08

At 12:01 A.M. Standard Time at place of issuance.

## DECLARATIONS

**YACHT DEALER - SECTION A** **PREMIUM:** $53,267. Flat

We will pay no more than:

_____ On any one vessel; False pretense on any one vessel:
_____ While in transit by land;
_____ While on exhibit at:
_____ While on premises at:
_____ In any one occurrence

See Endorsement A

Deductible Amount:
Reporting for rate: Per $100 on all property insured.

Coinsurance Percentage: 90%

**MARINA OPERATORS LEGAL LIABILITY – SECTION B** **PREMIUM:** $3,366. Flat

We will pay no more than:

$1,000,000. While on premises at: *See Endorsement B – Premise Schedule*
_____ While on premises at:
$1,000,000. While away from premises in custody of the insured and/or employees of the insured for service or repair.

Deductible Amount: $2,500. Coinsurance Percentage: N/A
Reporting rates per $100 of receipts

| | |
|---|---|
| Included | A - Repair, alterations, maintenance, or restoration |
| Included | B - Storage; |
| N/A | C - Mooring or slips, spaces or buoys rented by the insured; |
| N/A | D - Hauling out or launching not in connection with operation A. or B.; |
| N/A | E - Fueling and miscellaneous services of a transient nature. |

**PROTECTION AND INDEMNITY - SECTION C** **PREMIUM:** $693.

We will pay no more than:

$1,000,000. Each Occurrence for Marina Operations ***($1,000. Deductible Applies)***
$1,000,000. Each Occurrence for Yacht Dealer Operations ***($1,000. Deductible Applies)***
_____ Medical Payments ($2,000 included)

**COUNTERSIGNED** 02/22/07

[signature]
MARITIME GENERAL AGENCY

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS COVERAGE FORM (S) AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

**PIERS, WHARVES and DOCKS – SECTION D** PREMIUM: Not Covered

Location:
Amount of Insurance:
Deductible Amount:
Coinsurance:
Business Income & EE:
Property Covered:

**COMMERCIAL TOOLS & EMPLOYEE TOOLS - SECTION E** PREMIUM: Included

| | |
|---|---|
| Amount of Insurance: | $10,000. Unscheduled ($5,000. Employee Tools / $5,000. Owned - $1,000. Maximum Any One (1) Item.) |
| Deductible Amount: | $500. |
| Coinsurance: | 90 % |

**COMMERCIAL TOOLS & EQUIPMENT SCHEDULE**

| Type | ID # / Serial # | Yr. of Mfg. | Amount of Insurance |
|---|---|---|---|

**OWNED WATERCRAFT – SECTION F** PREMIUM: Not Covered

SCHEDULE OF OWNED VESSELS (Rental Boats, Work Boats, Owned Watercraft Over 26 Ft.)
Deductible Amount $.

| Trade Name | Year of Mfg. | L.O.A. | Amount of Insurance |
|---|---|---|---|

**SMALL WATERCRAFT SCHEDULE** PREMIUM: Not Covered

Coverage applies to vessels under 26 feet L.O.A. only those items scheduled
Deductible Amount $.

| Manufacturer | Model | Description of Watercraft L.O.A. | Serial # | Yr. of Mfg. | Amount of Insurance |
|---|---|---|---|---|---|

| Manufacturer | Model | Description of Outboard Motors H.P. | Serial # | Yr. of Mfg. | Amount of Insurance |
|---|---|---|---|---|---|

**TERRORISM COVERAGE** PREMIUM: $574.

TOTAL PREMIUM: $57,900.

FORMS AND ENDORSEMENTS
Forms and Endorsements applying to this Coverage and made part of this policy at time of issue:
**See Form Schedule Attached.**

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS COVERAGE FORM (S) AND FORMS AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# YACHT DEALERS PREMISES SCHEDULE

Policy Change Number: A

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | **AUTHORIZED REPRESENTATIVE** |
| | Maritime General Agency |

**COVERAGE PART(S) AFFECTED:**
**(If no box is checked, this endorsement applies to all sections of the policy.)**

- ☒ Section A – Yacht Dealers
- ☐ Section B – Marina Operators Legal Liability
- ☐ Section C – Protection and Indemnity
- ☐ Section D – Piers, Wharves and Docks
- ☐ Section E – Commercial Tools and Equipment
- ☐ Section F – Owned Watercraft

Location 1: 121 West Street, Springfield, MA

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $2,000,000. | While on premises at: | 121 West Street, Springfield, MA |
| $2,000,000. | In any one occurrence | |

Deductible Amount: $2,500. All Other Perils / $25,000. *Flood Deductible Applies*
Reporting for rate: Per $100 on all property insured.
Coinsurance Percentage 90%

Location 2: 321 Moody Street, Ludlow, MA

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000 |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $3,000,000. | While on premises at: | 321 Moody Street, Ludlow, MA |
| $3,000,000. | In any one occurrence | |

Deductible Amount: $2,500. All Other Perils / $25,000. *Flood Deductible Applies*
Reporting for rate: Per $100 on all property insured.
Coinsurance Percentage 90%

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# YACHT DEALERS PREMISES SCHEDULE
## continued

Policy Change Number: A – cont.

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | **AUTHORIZED REPRESENTATIVE** |
| | Maritime General Agency |

**COVERAGE PART(S) AFFECTED:**
**(If no box is checked, this endorsement applies to all sections of the policy.)**

☒ Section A – Yacht Dealers
☐ Section B – Marina Operators Legal Liability
☐ Section C – Protection and Indemnity
☐ Section D – Piers, Wharves and Docks
☐ Section E – Commercial Tools and Equipment
☐ Section F – Owned Watercraft

**Location 3: 627 Boston Post Road, Westbrook, CT**

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $6,000,000. | While on premises at: | 627 Boston Post Road, Westbrook, CT |
| $8,000,000. | In any one occurrence | |

Deductible Amount: $2,500. All Other Perils / $25,000. *Wind & Collapse Deductible Applies / $25,000. Flood Deductible*

Reporting for rate: Per $100 on all property insured.

Coinsurance Percentage 90%

**Location 4: 1 Masthead Drive, Warwick, RI**

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $6,000,000. | While on premises at: | 1 Masthead Drive, Warwick, RI |
| $8,000,000. | In any one occurrence | |

Deductible Amount: $2,500. All Other Perils / $25,000. *Flood Deductible Applies*

Reporting for rate: Per $100 on all property insured.

Coinsurance Percentage 90%

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# YACHT DEALERS PREMISES SCHEDULE
## continued

Policy Change Number: A – cont.

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | **AUTHORIZED REPRESENTATIVE** |
| | Maritime General Agency |

**COVERAGE PART(S) AFFECTED:**
(If no box is checked, this endorsement applies to all sections of the policy.)

- ☒ Section A – Yacht Dealers
- ☐ Section B – Marina Operators Legal Liability
- ☐ Section C – Protection and Indemnity
- ☐ Section D – Piers, Wharves and Docks
- ☐ Section E – Commercial Tools and Equipment
- ☐ Section F – Owned Watercraft

Location 5: 885 Alden Street, Springfield, MA

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $2,000,000. | While on premises at: | 885 Alden Street, Springfield, MA |
| $2,000,000. | In any one occurrence | |
| Deductible Amount: | $2,500. All Other Perils / $25,000. *Flood Deductible Applies* | |
| Reporting for rate: | Per $100 on all property insured. | |
| | | Coinsurance Percentage 90% |

Location 6: 2 William Schmid Drive, Wakefield, RI

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $4,000,000. | While on premises at: | 2 William Schmid Drive, Wakefield, RI |
| $4,000,000. | In any one occurrence | |
| Deductible Amount: | $2,500. All Other Perils / $25,000. *Flood Deductible Applies* | |
| Reporting for rate: | Per $100 on all property insured. | |
| | | Coinsurance Percentage 90% |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# YACHT DEALERS PREMISES SCHEDULE
## continued

Policy Change Number: A – cont.

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | **AUTHORIZED REPRESENTATIVE** |
| | Maritime General Agency |

**COVERAGE PART(S) AFFECTED:**
**(If no box is checked, this endorsement applies to all sections of the policy.)**

- ☒ Section A – Yacht Dealers
- ☐ Section B – Marina Operators Legal Liability
- ☐ Section C – Protection and Indemnity
- ☐ Section D – Piers, Wharves and Docks
- ☐ Section E – Commercial Tools and Equipment
- ☐ Section F – Owned Watercraft

Location 7:

| | | |
|---|---|---|
| $2,000,000. | On any one vessel; | False pretense on any one vessel: $600,000. |
| $300,000. | While in transit by land; | |
| $3,500,000. | While on exhibit at: | Various Boat Shows |
| $3,000,000. | While on premises at: | Marina Bay, 333 Victory Bay, N. Quincy, MA |
| $3,000,000. | In any one occurrence | |

Deductible Amount: $2,500. All Other Perils / *1% of occurrence limit for Windstorm, Hail & Flood Deductible Applies*

Reporting for rate: Per $100 on all property insured.

Coinsurance Percentage 90%

**All other terms and conditions remain unchanged.**

| | |
|---|---|
| **PREMIUM $:** | Included |
| **PRODUCER:** | Hilb Rogal & Hobbs |

SG 02/22/07

[signature]
AUTHORIZED REPRESENTATIVE SIGNATURE

YD 08 03 06

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMISES SCHEDULE

Policy Change Number: B

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | AUTHORIZED REPRESENTATIVE |
| | Maritime General Agency |

COVERAGE PART(S) AFFECTED:
(If no box is checked, this endorsement applies to all sections of the policy.)

- ☐ Section A – Yacht Dealers
- ☐ Section B – Marina Operators Legal Liability
- ☐ Section C – Protection and Indemnity
- ☐ Section D – Piers, Wharves and Docks
- ☐ Section E – Commercial Tools and Equipment
- ☐ Section F – Owned Watercraft

| LOC # | ADDRESS |
|---|---|
| 1. | 121 West Street, Springfield, MA |
| 2. | 321 Moody Street, Ludlow, MA |
| 3. | 627 Boston Post Road, Westbrook, CT |
| 4. | 1 Masthead Drive, Warwick, RI |
| 5. | 885 Alden Street, Springfield, MA |
| 6. | 2 Will Schmid Drive, Wakefield, RI |
| 7. | Marina Bay, 333 Victory Bay, N. Quincy, MA |

All other terms and conditions remain unchanged.

PREMIUM $: Included

PRODUCER: Hilb Rogal & Hobbs

AUTHORIZED REPRESENTATIVE SIGNATURE

SG 02/22/07

GEN-2

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL TOOLS AND EQUIPMENT ACTUAL CASH VALUE

Policy Change Number: C

| POLICY NO. | POLICY PERIOD | CHANGE EFFECTIVE DATE |
|---|---|---|
| DMO 690-89-66 | 02/01/07 To 02/01/08 | 02/01/07 |

| NAMED INSURED: | INSURANCE COMPANY |
|---|---|
| Bassett Boat Company | New Hampshire Insurance Co. |
| | **AUTHORIZED REPRESENTATIVE** |
| | Maritime General Agency |

**COVERAGE PART(S) AFFECTED:**

- ☐ Section A – Yacht Dealers
- ☐ Section B – Marina Operators Legal Liability
- ☐ Section C – Protection and Indemnity
- ☐ Section D – Piers, Wharves and Docks
- ☒ Section E – Commercial Tools and Equipment
- ☐ Section F – Owned Watercraft

## CHANGES

The policy is hereby amended as follows:

The following is added:

10. VALUATION

We will determine the value of Covered Property in the event of loss or damage at actual cash value as of the time of loss or damage. But in no event will we pay more than the Limit of Liability as shown in the Declarations.

All other terms and conditions remain unchanged.

PREMIUM $: Included

PRODUCER: Hilb Rogal & Hobbs

AUTHORIZED REPRESENTATIVE SIGNATURE

SG 02/22/07

SCHEDULE OF FORMS AND ENDORSEMENTS

# NEW HAMPSHIRE INSURANCE COMPANY

Named Insured: Bassett Boat Company
Agent: Hilb Rogal & Hobbs
Policy Number: DMO 690-89-66

Effective Date: 02/01/07
12:01 A.M. Standard Time

## MARINE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| JDL2901 | 0391 | Yacht Dealer/Marina Operators Policy |
| GP206 | 1287 | Changes in Inland Marine Forms |
| IMD658 | 0391 | Yacht Dealers – Section A |
| IMD656 | 0391 | Yacht Dealer/Marina Operators Policy Extension Endorsement |
| IMD660 | 0391 | Marina Operators Legal Liability – Section B |
| IMD661 | 0391 | Protection and Indemnity – Section C |
| IMD665 | 0391 | Commercial Tools & Equipment – Section E |
| YD-8 | | Endorsement A – (Limit While at Premises Schedule) |
| GEN-2 | | Endorsement B – (Premises Schedule) |
| TOOLS-1 | | Endorsement C – (Commercial Tools & Equipment Actual Cash Valuation) |

# CHANGES IN INLAND MARINE FORMS

for

# COMMERCIAL PACKAGE POLICIES

This form modifies insurance provided by the following:

| FORM NAME | FORM NUMBER |
|---|---|
| Yacht Dealers Coverage | IMD658(3/91) |
| Marina Operators Legal Liability | IMD660(3/91) |
| Protection and Indemnity | IMD661(3/91) |
| Piers, Wharves and Docks | IMD662(3/91) |
| Tools and Equipment | IMD665(3/91) |
| Small Watercraft | IMD666(3/91) |
| Owned Watercraft Greater than 26 feet | IMD667(3/91) |

A. Whenever the term "policy" is used in any form listed above or in the declarations or any related endorsement, it is changed to 'coverage part'.

B. The Common Policy Conditions and the Commercial Inland Marine Conditions apply to forms and endorsements listed above.

C. Common Policy Conditions and Commercial Inland Marine conditions in direct conflict with condition of the listed forms do not apply.

D. The following exclusions apply in addition to any exclusions contained in the forms and endorsements listed above.

## EXCLUSIONS

1. We will not pay for a 'loss' caused directly or indirectly by any of the following. Such 'loss' is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the 'loss'.

a. GOVERNMENTAL ACTION

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under the Coverage Form.

b. NUCLEAR HAZARD

1) Any weapon employing atomic fission or fusion; or
2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct 'loss' caused by resulting fire if the fire would be covered under the Coverage Form.

c. WAR and MILITARY ACTION

1) War, including undeclared or civil war;
2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

# YACHT DEALERS COVERAGE FORM
## SECTION A

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and " your" refer to the Named Insured shown in the Declarations. The words "we" and "our" refer to the Company providing this coverage. Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph 11. — DEFINITIONS.

The provisions of the policy to which this form is attached apply to this form also. Where there is a conflict of provisions, the provisions of this form apply.

1. PROPERTY COVERED

A. Your stock for sale consisting principally of private pleasure inboard motorboats, sailboats, outboard motors, outboard motorboats, canoes, rowboats boat trailers and accessories, appurtenances and supplies for all the foregoing, either your property or the property of others held on consignment, or sold but not delivered or being examined or tested prior to trade-in.

B. Your property at any location you acquire up to 25% of the designated premises limit, shown in the Declarations, but not to exceed $250,000 at each newly acquired location.

2. PROPERTY NOT COVERED

Property Covered does not include contraband, or property in the course of illegal transportation or trade.

3. LOCATION RISK

A. At your premises described in Section A. of the Declarations, if at your risk, in due course of transit thereto and therefrom, in the custody of any railroad, railroad express company, public truckman, land transfer or land transportation company, or by motor vehicles owned or operated by you,

B. While navigating or laid up afloat within 500 miles of your premises shown in the Declarations.

4. PERILS INSURED

This form insures against risks of direct physical "loss" or damage to the property covered, except as provided elsewhere in this policy.

5. PAYMENT OF PREMIUM

A. The initial consideration for issuance of this policy is a deposit premium, as shown in the Yacht Dealer section of the Declarations, payable on the date of issuance of this policy.

B. You agree to keep an accurate record of all property covered and furnish us with a written report showing the total values at risk during the preceding twelve (12) months within fifteen (15) days after the expiration or termination of this coverage at the rate(s) indicated in the Declarations. When the premium so earned equals or exceeds the deposit premium charged, additional premium shall become due and payable immediately. If upon cancellation or expiration of this policy the earned premium does not equal or exceed the deposit premium charged, the deficiency shall be returned to you.

C. Changes in limits of liability shall be added by written endorsements hereon and should any additional premium be necessary, an additional provisional premium shall be payable as of the effective date of the endorsement.

D. You also agree to keep a true record of all receipts for property insured hereunder, and such records shall be open to inspection by our representatives at all times during business hours.

6. LIMITS OF LIABILITY

We shall not be liable for more than each of the limits shown in the Declaration for any vessel, transit exposure or premises. We will not be liable for more than the "occurrence" limit shown in the Declarations for any one "loss" occurrence regardless of the amounts of each of the separate limits shown

7. VALUATION

In the event of any claim, you agree that the property covered shall be valued as follows:

A. On unsold property other than used boats: We shall not be liable for more than the actual cash value taking into account proper deduction for depreciation and in no event shall we be liable for more than the cost to repair or replace the same with like kind and quality.

B. On unsold used boats: We shall not be liable for more than the actual cost or trade-in value plus actual expenses in repairing or restoring the property to its condition prior to "loss", but in no events to exceed the actual cash value at the time of loss.

C. On sold property: We shall not be liable for more than the net selling price less all discounts.

8. DEDUCTIBLE

Each claim for loss or damage shall be adjusted separately and from the amount of each such adjusted claim, the deductible amount shown under the Yacht Dealers portion in the Declarations shall be deducted.


@New Hampshire Insurance Company, 1991

9. CONDITIONS

A. It is agreed that watercraft insured hereunder shall be navigated only while in the custody of and under your direct control or that of your employee This insurance shall automatically cease when any property insured hereunder passes into the custody or control of any person or persons other than you regardless of whether you may still retain an interest.

B. You agree that all repairs and replacement for which we shall be liable hereunder shall be made at your cost prices for time, labor and material

C. Insurance will end for any additionally acquired location covered under paragraph 1.B. when any of the following first occurs:

(1) This policy expires or otherwise terminates;

(2) Sixty (60) days after you acquire the location; or

(3) You report values to us.

We will charge you additional premium from the date of acquisition.

10. NON-REPORTING FORM CONDITIONS

(The following coinsurance clause is not applicable if this policy is written on a reporting form basis).

COINSURANCE CLAUSE:

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property. Instead, we will determine the

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

11. DEFINITIONS

"Loss" means accidental loss or damage.

"Occurrence" means an unexpected accident or event.

© New Hampshire Insurance Company, 1991

# YACHT DEALERS/MARINA OPERATORS COVERAGE POLICY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below:

| | |
|---|---|
| Endorsement Effective | |
| Named Insured | Countersigned By: |

(Authorized Representative)

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

SECTION I — TITLE ERRORS AND OMISSION COVERAGE

1. We will pay all sums which the "insured" legally must pay as damages, because of acts, errors or omissions of employees of the named "insured" arising out of failure of such employees to properly specify on title papers the Mortgagee or "legal owner" whereupon the purchaser,. With criminal intent, sells or transfers title which results in Financial loss to the named insured.

   A. We have the right to defend any suit asking for These damages. However, we have no duty to defend suit for Errors and Omissions not covered by this additional coverage;

   B. We may investigate and settle any claim or suit as We consider appropriate;

   C. Our payment of the limit in B. below ends our duty To defend or settle.

   D. Regardless of the number of "Insureds," claims Made or transactions involved; the most that we Will pay for all damages under this coverage is a Total of $300,000 during each annual policy term.

SECTION II — INSURANCE AGENTS ERRORS AND OMISSIONS COVERAGE

1. We will pay all sums the "Insured" legally must pay as damages, because of any claim made against the "Insured" caused by any negligent act, error or omission of the "Insured" or any other person for whose acts the "Insured" is legally liable while acting as a Credit Life, Health, Accident or disability Insurance Agency or Insurance Broker, including all claims involving the liability of the "Insured " to any Insurance Company for whom the "Insured" as an agent has issued a Policy, Covernote or Binder resulting in company being held liable for paying their Policy holder and thereafter claiming on the "Insured" in respect of such liability which but for the error or omission on the part of the "Insured" would not have involved liability on the Company concerned. This coverage part applies only to a financial loss.

   A It is agreed that in the event of a claim, a $1,000 deductible shall be deducted from the total amount resulting from each claim and we shall be liable only for the difference between such deductible amount and the amount of insurance otherwise applicable to each claim. Such deductible amount shall not apply to the Coverage provided under paragraph 2.

   It is further understood and agreed that in the event of any claim irrespective of the amount, notice thereof shall be given by or on behalf of the "Insured" to us, in accordance with the terms of the Policy and we may at our option, investigate such claim, or negotiate or settle any claim, and you agree if we undertake to negotiate or settle any such claim to join us in such negotiation or settlement to the extent of the amount to be deducted as herein provided, or the reimburse us for such deductible amount, if and when such claim is paid by us;

   B. As respects such insurance as is afforded by the Other terms of the Policy we shall:

   Defend in your name and behalf any claim or suit against you alleging such negligent act, error or omission and seeking damages on account thereof, even if such suit is groundless, false or fraudulent, but the company shall have the right to make such investigation and negotiation of any claim or suit as may be deemed expedient by the Company;



© New Hampshire Insurance Company, 1991

Pay all premiums on bonds to release attachments For an amount not in excess of the applicable Limit Of Liability of this coverage, all premiums on appeal bonds required in any such defended suit, but without any obligation to apply for or furnish such bonds, all costs taxed against you in any suit, all expenses incurred by us, all interest accruing after entry of judgement until we have paid, tendered or deposited in court such part of such judgement as does not exceed the limit of liability thereon;

Reimburse you for all reasonable expenses, other than loss of earnings, incurred at our request; and the amounts so incurred, except settlements of claims and suits, are payable by us in addition to the applicable limit of liability of this Policy;

2. Regardless of the number of "Insureds, " claims made or vessels involved, the most we will pay for all damages is $300,000 during each annual policy term.

SECTION III — TRUTH IN LENDING ERRORS AND OMISSIONS LIABILITY COVERAGE

1. We pay all sums the "Insured" legally must pay as damages because of the unintentional violation of any Federal or State Consumer Credit Act, or similar statute, law or ordinance.

   A. We have the right and duty to defend any suit asking for these damages. However, we have no duty to defend suits for Errors and Omissions not covered by this additional coverage;

   B. We may investigate and settle any claim or suit as we consider appropriate;

   C. Our payment of the limit in 3. below ends our duty to defend or settle.

2. EXCLUSIONS

   This insurance does not apply to:

   Any willful or knowing violation of any Federal or State Consumer Credit Act or similar stature, law or ordinance Committed by you or at your discretion.

3. LIMIT OF INSURANCE

   Regardless of the number of "Insureds," claims made or transactions involved, the most that we will pay for all damages under this coverage is $ 300,000 during each annual policy term.

SECTION IV –ENGINE OPERATING HOURS METER ALTERATION LIABILITY COVERAGE — APPLICABLE ONLY WHEN THE IN – SURED IS A FRANCHISED BOAT DEALER

1. We will pay all sums the "Insured " legally must pay as damages, because of engine hour meter and ship's log alteration or tampering by any other person other than YOU.

   A. We have the right and duty to defend any asking for these damages. However, we have no duty to defend suits for damages not covered by this additional coverage;

   B. We may investigate and settle any claim or suit as we consider appropriate;

   C. Our payment of the limit in 3. Below ends our duty to defend or settle.

2. EXCLUSIONS

   This insurance does not apply to:

   Any dishonest, fraudulent, criminal or intentional act committed by the "Insured" or by others with the Knowledge of or at the direction of the "Insured."

3. LIMIT OF INSURANCE

   Regardless of the number of "Insureds," claims made or vessels involved , the most we will pay for all damages is $300,000 during each annual policy term.

SECTION V — PRODUCTS COVERAGE EXTENSION

1. We will pay all sums the "Insured" legally must pay Because of "property damage" to any of your products if caused by a defect existing at the time it was sold or transferred to another. However, subject to the policy limit of liability the insurance applies only to that amount of "Property Damage" to your products or any part of your products which exceeds $250 in any one accident.

SECTION VI — YACHT DEALER FALSE PRETENSE COVERAGE

1. We will pay for "Loss" to a covered "vessel" provided:

   A. Someone caused you to voluntarily part with the covered "vessel" by trick, scheme or under false pretenses.

   B. You acquired a " vessel" from a seller who did not Have legal t



© New Hampshire Insurance Company, 1991

2. PROPERTY NOT COVERED

The Yacht Dealers Coverage Form is amended to include:

False Pretense coverage does not apply unless:

(a) You had legal title to the covered "vessel" prior to "loss", and

(b) You make every effort to recover the covered "vessel" when it is located

3. LIMITS OF LIABILITY

The Yacht Dealer Coverage form is amended to include:

The provisions applicable to Yacht Dealers apply to False Pretense coverage. The most we will pay for all "loss" caused by any one person within any one year of the policy period is $25,000 unless another limit is shown in the Declarations.

4. DEDUCTIBLE

The Yacht Dealers Coverage Form is amended to Include:

From our obligation under False Pretense Coverages, we will deduct the actual value of any property delivered to you in full or partial payment for title to or possession of a covered "vessel".

5. The following is added to the GENERAL CONDITIONS of the Policy under SUIT or NOTICE OF LOSS:

You must obtain a warrant, as soon as practicable for the arrest of anyone causing a "loss" defined within the false Pretense Coverage.

SECTION VII — DEFINITIONS

"Insured" means:

1. YOU are an "Insured;"

2. Your partners, if you are a partnership. None of your "Insureds" but only while acting within the scope of their duties.

"Loss" means accidental loss or damage.

"Vessel" means private pleasure watercraft as defined in the Yacht Dealers Coverage form under **1. PROPERTY COVERED.**



© New Hampshire Insurance Company, 1991

# MARINA OPERATORS LEGAL LIABILITY COVERAGE FORM
## SECTION B

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we" and "our" refer to the Company providing this coverage.

The provisions of the policy to which this form is attached apply to this form also. Where there is a conflict of provisions, the provision of this form apply.

1. COVERAGE

We will pay all sums which you shall become obligated to pay by reason of the liability imposed on you by law, including that imposed by ordinary bailment contract, subject to the limits of liability shown in the Declarations and other terms of this form for loss of or damage to private pleasure watercraft and commercial vessels including trailers and other appurtenances, the property of others, while in your care, custody or control for any of the operations listed below for which a rate and premium is listed in Section B of the Declarations:

A. Repair, alterations, maintenance, or restoration

B. Storage

C. Mooring of slips, spaces or buoys rented by you

D. Hauling out or launching not in connection with operation A or B

E. Fueling and miscellaneous servicing of a transient nature.

As respects commercial watercraft, we will not be liable for more than 25% of the limit of liability for covered operations consisting of repair, alterations, maintenance or restoration as described in this form. However, this limitation will not apply to the following types of watercraft:

A. Private pleasure vessels under charter;

B. Commercial Sportfishing vessels licensed to carry six (6) passengers or less;

C. Commercial watercraft less than 26 feet L.O.A.; or

D. Municipal or government owned watercraft less than 26 feet L.O.A.

We will be liable for covered operations only at the premises described, including adjacent moorings and while watercraft is being shifted or moved by land or water within five hundred (500) miles of such premises in connection with covered operations; and for property away from your premises in your or your employees' custody for service or repair.

We agree to indemnify to the extent of this coverage's proportion of legal costs or fees, or expenses of counsel, occasioned by the defense of any claim against you for any liability, or your alleged liability covered by this form, provided that such costs, fees or expenses are incurred with our prior written consent. We shall have option of naming attorneys to represent you in the defense of any claim insured hereunder made against you and we may exercise exclusive direction and control of said defense. You shall cooperate with us and shall not assume any obligations, admit any liability, or incur any expense for which we may be liable without prior written approval.

No liability shall attach under this insurance until your liability has been determined by final judgment against you or by agreement between you and the Claimant with our written consent; in the event you shall fail or refuse to settle any claim, as authorized by us, our liability to you shall be limited to the amount for which settlement could have been made.

No claim or demand against us under this policy shall be assigned or tranferred, and no person, except a legally appointed Receiver of your property, shall acquire any rights against us by virtue of this insurance without our expressed consent.

No action shall lie against us for the recovery of any loss sustained by you unless such action be brought against us within one (1) year after the final judgement or decree is entered in the litigation against you, or in case the claim against us accrues without the entry of such final judgement or decree, unless such action be brought within one (1) year from the date of the payment of such claim; provided however, that where such limitation of time is prohibited by the laws of the State wherein this policy is issued, then and in that event no action under this policy shall be sustainable unless commenced within the shortest limitation permitted under the laws of such State

Not withstanding the foregoing, it is hereby expressly understood and agreed that this coverage does not insure against nor shall any liability attach for:

(a) Death or personal injury;

(b) Any liability assumed under contract or otherwise in extension of the liability imposed on you by law;

(c) Any damage caused by watercraft owned by you.

(d) Property held for sale.

(e) Intentional acts.

2. DEDUCTIBLE

We will be liable only for the damages over and above the deductible amount shown in the Declarations for Marina Operators Legal Liability Coverage for all operations covered by this form arising out of any one loss, accident occurrence.


© New Hampshire Insurance Company, 1991

3. PAYMENT OF PREMIUM

A. The initial consideration for issuance of this policy is a deposit premium, as shown in the Marina Operators Legal Liability section of the Declara-Tions, payable on the date of issuance of this policy.

B. You agree to keep an accurate record of all Covered Operations and furnish us with a report showing the total receipts during the preceding twelve (12) months within fifteen (15) days after the expiration of this coverage at the rate(s) indicated in the Declarations. When the premium so earned equals or exceeds the deposit premium charged, additional premium shall become due and payable immediately. If upon cancellation or expiration of this policy the earned premium does not equal or exceed the deposit premium charged, the deficiency shall be returned to you.

C. Changes in limits of liability shall be added by written endorsement hereon and should any additional premium be necessary, and additional provisional premium shall be payable as of the effective date of the endorsement.

D. You also agree to keep a true record of all receipts for property insured hereunder, and such records shall be open to inspection by our representatives at all times during business hours

© New Hampshire Insurance Company, 1991

# PROTECTION AND INDEMNITY COVERAGE FORM
## YACHT DEALERS — MARINA OPERATIONS
## SECTION C

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you " and "your" refer to the Named insured shown in the Declaration. The words "we" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined in Paragraph 6.

The provisions of the policy to which this form is attached apply to this form also. Where there is a conflict of provisions, the provisions of this form apply.

WARRANTED: NO COVERAGE SHALL APPLY UNDER THIS FORM ON ANY VESSEL FOR WHICH COVERAGE IS NOT PROVIDED UNDER THE PHYSICAL DAMAGE SECTION(S) OF THIS POLICY.

1. LIABILITY INSURANCE

This coverage form applies only to "bodily injury" or "property damage" which occurs during the policy period and only if involving any "insured vessel", such vessel being held for sale by you or in your care, custody or control, but only while such vessel is afloat.

We will pay for all sums which you shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, due to an "occurrence". We shall have the right and duty to defend any suit against you seeking damages on account of each "bodily injury" or "property damage", even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient; but we shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of our liability has been exhausted by payment of judgment or settlements.

It is agreed that this insurance applies to damages because of "bodily injury" or "property damage" due to an "occurrence" arising out of "Marina Operations" or "Yacht Dealer Operations" subject to the conditions and exclusions of this form

2. SUPPLEMENTARY PAYMENTS

With respect to this coverage, we will pay, in addition to the limit of liability for Protection and Indemnity coverage stated in the Declarations;

A. All expenses incurred by us, all costs taxed against you in any suit defended by us and all interest on the entire amount of any judgment therein which accrues after the entry of the judgment and before we have paid or tendered or deposited in court that part of the judgment which does not exceed our limit of liability thereon;

B. Expenses incurred by you at our request in assisting us in the investigation or defense of any claim or suit, including the actual loss of earnings not to exceed $50 per day.

This insurance applies separately to each insured against whom claim is made or suit is brought, but the inclusion herein of more than one "insured" shall not operate to increase the applicable limit of our liability.

3. LIMITS OF LIABILITY

Regardless of the number of:

(A) persons or organizations who are "insureds" under this policy,

(B) persons or organizations who sustain "bodily injury" or "property damage", or

(C) claims made or suits brought on account of "bodily injury" or "property damage";

the Limits of Liability stated in the Protection and Indemnity Coverage portion in the Declarations as applicable to each "occurrence" is the total limits of our liability for all damages as a result of any one "occurrence". The respective limits of liability apply separately to "Marina Operations" and "Yacht Dealer Operations".

For the purpose of determining the limits of our liability all "bodily injury" or "property damage" claims, during the policy period:

(1) arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one "occurrence".

(2) arising out of any related series or combination of exposures shall be considered as arising out of one "occurrence".

4. MEDICAL PAYMENTS:

We agree to pay to or for each person, excluding you or your employees, who sustains "bodily injury" caused by an "occurrence" during the policy period, the reasonable expenses of necessary medical, surgical, ambulance, hospital and professional nursing services and, in the event of death resulting from such injury, the reasonable funeral expense, all incurred within one year from the date of "occurrence". Subject to the following conditions.



© New Hampshire Insurance Company 1991

Medical Payments Insurance shall not apply:

(A) To "bodily injury" to or death of any person:

(1) to or for whom benefits are payable under any Worker's Compensation or under the Federal Longshoremen's and Harbor Worker's Compensation Act

(2) who is a trespasser in or upon or boarding or leaving any yacht insured hereunder;

(3) who is your employee while engaged in your employment;

(4) to liability assumed by you under any contract or agreement;

(5) while the yacht is being used for purposes other than those allowed under the policy form.

5. EXCLUSIONS

THIS INSURANCE DOES NOT COVER LOSS, DAMAGE OR EXPENSE CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY ANY OF THE FOLLOWING. SUCH LOSS, DAMAGE OR EXPENSE IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT CONTRIBUTING CONCURRENTLY OR IN ANY SEQUENCE TO THE LOSS OR DAMAGE.

(A) "BODILY INJURY" OR "PROPERTY DAMAGE" ARISING OUT OF THE ACTUAL, ALLEGED OR THREATENED DISCHARGE, DISPERSAL, RELEASE OR ESCAPE OF "POLLUTANTS".

(1) AT OR FROM PREMISES YOU OWN, RENT OR OCCUPY;

(2) AT OR FROM ANY SITE OR LOCATION USED BY OR FOR YOU OR OTHERS FOR THE HANDLING, STORAGE, DISPOSAL, PROCESSING OR TREATMENT OF WASTE;

(3) WHICH ARE AT ANY TIME TRANSPORTED, HANDLED, STORED, TREATED, DISPOSED OF, OR PROCESSED AS WASTE BY OR FOR YOU OR ANY PERSON OR ORGANIZATION FOR WHOM YOU MAY BE LEGALLY RESPONSIBLE; OR

(4) AT OR FROM ANY SITE OR LOCATION ON WHICH YOU OR ANY CONTRACTORS OR SUBCONTRACTORS WORKING DIRECTLY OR INDIRECTLY ON YOUR BEHALF ARE PERFORMING OPERATIONS:

(a) IF THE "POLLUTANTS" ARE BROUGHT ON OR TO THE SITE OR LOCATION IN CONNECTION WITH SUCH OPERATIONS; OR

(b) IF TH EOPERATIONS ARE TO TEST FOR, MONITOR, CLEAN UP, REMOVE, CONTAIN, TREAT, DETOXIFY OR NEUTRALIZE THE POLLUTANTS.

ANY LOSS, COST OR EXPENSE ARISING OUT OF ANY GOVERNMENTAL DIRECTION OR REQUEST THAT YOU TEST FOR, MONITOR, CLEAN UP, REMOVE, CONTAIN, TREAT, DETOXIFY OR NEUTRALIZE "POLLUTANTS."

(B) TO BODILY INJURY TO ANY OF YOUR EMPLOYEES ARISING OUT OF AND IN THE COURSE OF THEIR EMPLOYMENT BY YOU OR ANY OF YOUR OBLIGAIONS TO INDEMNIFY ANOTHER BECAUSE OF DAMAGES ARISING OUT OF SUCH INJURY.

(C) TO BODILY INJURY TO YOU OR, IF YOU ARE A PARTNERSHIP OR A JOINT VENTURE, ANY PARTNER OR MEMBER THEREOF.

(D) TO ANY OBLIGATION FOR WHICH YOU OR ANY CARRIER AS YOUR INSURER MAY BE HELD LIABLE UNDER ANY WORKER'S COMPENSATION, UNEMPLOYMENT COMPENSATION OR DISABILITY BENEFITS LAW, OR UNDER ANY SIMILAR LAW.

(E) TO PROPERTY DAMAGE TO (A) PROPERTY OWNED OR OCCUPIED BY OR RENTED TO YOU (B) PROPERTY USED BY YOU OR (C) TO PROPERTY DAMAGE TO YOUR PRODUCTS.

(F) TO THAT AMOUNT OF ANY EXPENSE FOR MEDICAL SERVICES WHICH IS PAID OR PAYABLE TO OR ON BEGALF OF THE INJURED PERSON UNDER THE PROVISIONS OF ANY (A) AUTOMOBILE OR OTHER INSURANCE AFFORDING BENEFITS FOR MEDICAL EXPENSES, (B) INDIVIDUAL, BLANKET OR GROUP ACCIDENT, DISABILITY OR HOSPITALIZATION INSURANCE (C) MEICAL, SURGICAL, OR HOSPITAL BENEFIT, SERVICE OR REIMBURSEMENT PLAN, (D) WORKER'S COMPENSATION OR DISABILITY BENEFRITS LAW OR SIMILAR LAW, OR (E) ORGANIZATION'S BENEFIT PROGRAM OR FROM ANY OTHER PERSON OR ASSOCIATION.

(G) TO BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF (A) THE INSUREDS PRODUCTS, OR (B) PRODUCTS SOLD BY THE INSURED OR (C) COMPLETED OPERATIONS PERFORMED BY OR ON BEHALF OF THE INSURED.

(H) TO BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF THE USE AND OPERATION OF ANY VESSEL, RENTED, LEASED OR CHARTERED BY YOU OR ANY USE OF AN INSURED VESSEL FOR THE PURPOSE OF TOWING ANY PERSON OR VESSEL.

© New Hampshire Insurance Company, 1991

# YACHT DEALER - MARINA OPERATOR
# COMMERCIAL TOOLS AND EQUIPMENT COVERAGE PART
# SECTION E

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named insured shown in the Declarations. The words "we" and "our" refer to the Company providing this coverage.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section 9. - DEFINITIONS.

The provisions of the policy to which this form is attached apply to this form also. Where there is a conflict of provisions, the provisions of this form apply.

1. PROPERTY COVERED

A. This covers scheduled property owned by or leased to you up to and including the amounts shown In the Commercial Tool & Equipment Schedule portion of the Declarations, while in your care, custody and control within the geographical limits of the Continental United States, Alaska, Hawaii and Canada, and

B. $5,000 Employee's tools and their miscellaneous equipment usual to your operations not exceeding $1,000 per Employee, and

C. $5,000 Your unscheduled tools and related miscellaneous equipment usual to your opera tions. Maximum any one item $1,000.

2. PROPERTY NOT COVERED

THIS FORM DOES NOT COVER

A. AUTOMOBILES, MOTOR TRUCKS, TRACTORS, TRAILERS, MOTORCYCLES OR SIMILAR CON VEYANCES LICENSED PRINCIPALLY FOR HIGHWAY USE;

B. PLANS, BLUEPRINTS, DESIGNS OR SPECIFI CATIONS;

C. PROPERTY WHILE UNDERGROUND, UNDER WATER OR AIRBORNE UNLESS SPECIFI CALLY ENDORSED AND CHARGED FOR:

D. PROPERTY WHICH HAS BECOME PART OF ANY STRUCTURE

E. ANY STOCK USUAL TO YOUR BUSINESS.

F. CONTRABAND, OR PROPERTY IN THE COURSE OF ILLEGAL TRANSPORTATION OR TRADE

3. PERILS INSURED

This form insures against risks of direct physical "loss" or damage to the property covered, except as provided elsewhere in this policy.

4. LIMIT OF LIABILITY

Our liability shall not exceed the total of the limits of insurance shown in the Commercial Tools & Equipment Schedule or as specified in Section 1 B and 1 C in any one loss, casualty or disaster, including salvage charges or other expenses.

5. DEDUCTIBLE AMOUNT

Each claim for "loss" under this form shall be adjusted separately and from the amount of each adjusted claim The following sums shall be deducted:

A. The deductible amount for scheduled items (1A) is indicated in the Declarations Commercial Tool & Equipment Section E.

B. $250 on Tools and Miscellaneous Equipment Covered under paragraph 1B and 1C of this form.

6. COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following conditions applies.

A. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance For the property. Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the Application of any deductible, by the figure Determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3)

B. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.


@New Hampshire Insurance Company, 1991

DEFINITIONS

"Marina Operations" means (1) repair, alterations, maintenance or restoration, (2) storage (3) mooring at slips, spaces or buoys rented by the Insured, (4) hauling out or launching not in connection with operations (1) and (2) above, (5) fueling and miscellaneous servicing of a transient nature with respect to pleasure craft covered by this policy which are being operated by the Insured or his employees within a 500 mile radius of the insured's premises in conjunction with the above operations or which may break away from the insured's premises.

"Yacht Dealer Operations" means the sale, demonstration, exhibition or delivery of any private pleasure watercraft by the Insured or his employees, which is either stock for sale or property sold by the insured, while such pleasure watercraft is afloat.

"Insured Vessel" shall be construed as a vessel for which coverage is provided under the physical damage section(s) of this policy.

"Bodily Injury" means loss of life of, or injury to, any person.

"Property Damage " means (1) loss of, or damage to, or expense in connection with any fixed or movable object or property of whatever nature, (2) costs or expenses of, or incidental to, the removed of wreck, of any insured Vessel when such removal is compulsory by law.

"Occurrence" means exposure of persons or property to conditions which result in bodily injury or property damage; provided such bodily injury or property damage is neither expected nor intended by the Insured

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste i includes materials to be recycled, reconditioned or reclaimed.

"Limit of Liability " The limits(s) of liability as stated above shall be the maximum amount this Company shall pay on behalf of the Insured arising out of any occurence covered by this form.

©New Hampshire Insurance Company, 1991

7. EXCLUSIONS

THIS FORM DOES NOT COVER LOSS, DAMAGE OR EXPENSE CAUSED BY, RESULTING FORM, CON' TRIBUTED TO OR AGGRAVATED BY ANY OF THE FOLLOWING. SUCH LOSS, DAMAGE OR EXPENSE IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT CONTRIBUTING CONCURRENTLY OR IN ANY SEQUENCE OT LOSS OR DAMAGE.

A. WEIGHT OF A LOAD EXCEEDING THE RATED LIFITNG OR SUPPORTING CAPACITY OF ANY MACHINE;

B. TO ANY BOOM OR EXTENSION THEREOF UNLESS CAUSED BY FIRE, LIGHTNING, HAIL, WINDSTORM, RIOT, RIOT ATTENDING A STRIKE, CIVIL COMMONTION, AIRCRAFT, COLLISION FROM OTHER VEHICLES, LANDSLIDES, OR UPSET OF THE UNIT TO WHICH IT IS A PART;

C. TO ELECTRICAL APPARATUS CAUSED BY ELECTRICITY OTHER THAN LIGHTNING UNLESS FIRE ENSUES AND THEN ONLY FOR LOSS OR DAMAGE CAUSED BY SUCH ENSUING FIRE;

D. PROPERTY THAT IS MISSING, BUT THERE IS NO PHYSICAL EVIDENCE TO SHOW WHAT HAPPENED TO IT, SUCH AS SHORTAGE DISCLOSED IN TAKING INVENTORY.

E. TO EQUIPMENT LOANED, LEASED OR RENTED TO OTHERS.

8. If you have other insurance covering the same property as the insurance under this form, we will pay only the excess over what you should have received form the other insurance. We will pay the excess whether you can collect that insurance or not.

9. DEFINITIONS

"Loss" means accidental Loss or Damage.

© New Hampshire Insurance Company

AIG AMERICAN INTERNATIONAL COMPANIES®

## POLICYHOLDER DISCLOSURE STATEMENT UNDER TERRORISM RISK INSURANCE ACT OF 2002

You are hereby notified that under the federal Terrorism Risk Insurance Act of 2002 (the "Act") effective November 26, 2002, you now have a right to purchase insurance coverage for losses arising out of an Act of Terrorism, which is defined in the Act as an act certified by the Secretary of the Treasury (i) to be an act of terrorism, (ii) to be a violent act or an act that is dangerous to (A) human life; (B) property or (C) infrastructure, (iii) to have resulted in damage within the United States, or outside of the United States in case of an air carrier or vessel or the premises of a U.S. mission and (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. You should read the Act for a complete description of its coverage. The Secretary's decision to certify or not to certify an event as an Act of Terrorism and thus covered by this law is final and not subject to review. There is a $100 billion dollar annual cap on all losses resulting from Acts of Terrorism above which no coverage will be provided under this policy and under the Act unless Congress makes some other determination.

For your information, coverage provided by this policy for losses caused by an Act of Terrorism may be partially reimbursed by the United States under a formula established by the Act. Under this formula the United States pays 90% of terrorism losses covered by this law exceeding a statutorily established deductible that must be met by the insurer, and which deductible is based on a percentage of the insurer's direct earned premiums for the year preceeding the Act of Terrorism.

Coverage for Acts of Terrorism is already included in your current policy. **The portion of your annual premium that is attributable to coverage for Acts of Terrorism covered by the Act is $574.**

**Policy No.** DMO 690-89-66

**Named Insured** Bassett Boat Company



Copyright © 2002 American International Group, Inc.

# Important Notice To Our Customers

AIG has filed a new exclusion that may be attached to your Commercial Umbrella Policy. Key issues are discussed below. Please contact your Agent or Broker for additional information or clarification of coverage and how it affects your insurance program.

**Coverage Exclusion:**

**FUNGUS EXCLUSION** – This exclusion deletes all coverage for "bodily injury", "property damage", "personal and advertising injury" and any other loss, cost or expense arising from any form of fungus.