314910

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>Plaintiff,<br><br>v.<br><br>BASSETT BOAT COMPANY, INC.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-356-S |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

The plaintiff and counter-claim defendant, New Hampshire Insurance Company, having submitted an executed application for *pro hac vice* admission along with the required fee pursuant to Local Rule 204(d), hereby moves that Robert M. Elmer, Esq., be admitted *pro hac vice* with local co-counsel identified below. In support of this motion, the plaintiff attaches a Certificate of Local Counsel, as well as a copy of the executed application for *pro hac vice* admission, which the plaintiff incorporates by reference to this motion as if it is fully set forth herein.

The Plaintiff and Counter-Claim Defendant,
New Hampshire Insurance Company,
By its local counsel,

Granted
WCN
5/6/08

/s/ Andrew C. Coulam
Andrew C. Coulam
R.I. Bar No. 6884
acoulam@taylorduane.com
TAYLOR DUANE BARTON & GILMAN LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904/facsimile

/s/ Robert M. Elmer
Robert M. Elmer, Esq.
*Pro hac vice* applicant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>Plaintiff, | : | C.A. No. 07-356-S |
| v. | : | |
| BASSETT BOAT COMPANY, INC.<br>Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on May 6, 2008, I served a true and accurate copy of the foregoing Motion for Entry of Appearance Pro Hac Vice, including supporting documents attached hereto, by ECM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter: Gardner H. Palmer, Jr., Esq. (ghpalmer@dioriolaw.com); Richard M. Levy, Esq. (rlevy@kmelaw.com); Brooks R. Magratten, Esq. (bmagratten@vetterandwhite.com); and Michael J. Daly, Esq. (mdaly@vetterandwhite.com). I also hereby certify that I served a true and accurate copy of the foregoing by U.S. mail, postage pre-paid to David Lavenburg, Esq. and Richard M. Levy, Esq. of Kroll, McNamara, Evans & Delehanty, LLP, 29 South Main Street, West Hartford, CT 06107.

/s/ Andrew C. Coulam