# YACHT DEALERS COVERAGE FORM
## SECTION A

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and " your" refer to the Named Insured shown in the Declarations. The words "we" and "our" refer to the Company providing this coverage. Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph 11. — DEFINITIONS.

The provisions of the policy to which this form is attached apply to this form also. Where there is a conflict of provisions, the provisions of this form apply.

1. **PROPERTY COVERED**

A. Your stock for sale consisting principally of private pleasure inboard motorboats, sailboats, outboard motors, outboard motorboats, canoes, rowboats boat trailers and accessories, appurtenances and supplies for all the foregoing, either your property or the property of others held on consignment, or sold but not delivered or being examined or tested prior to trade-in.

B. Your property at any location you acquire up to 25% of the designated premises limit, shown in the Declarations, but not to exceed $250,000 at each newly acquired location.

2. **PROPERTY NOT COVERED**

Property Covered does not include contraband, or property in the course of illegal transportation or trade.

3. **LOCATION RISK**

A. At your premises described in Section A. of the Declarations, if at your risk, in due course of transit thereto and therefrom, in the custody of any railroad, railroad express company, public truckman, land transfer or land transportation company, or by motor vehicles owned or operated by you,

B. While navigating or laid up afloat within 500 miles of your premises shown in the Declarations.

4. **PERILS INSURED**

This form insures against risks of direct physical "loss" or damage to the property covered, except as provided elsewhere in this policy.

5. **PAYMENT OF PREMIUM**

A. The initial consideration for issuance of this policy is a deposit premium, as shown in the Yacht Dealer section of the Declarations, payable on the date of issuance of this policy.

B. You agree to keep an accurate record of all property covered and furnish us with a written report showing the total values at risk during the preceding twelve (12) months within fifteen (15) days after the expiration or termination of this coverage at the rate(s) indicated in the Declara tions. When the premium so earned equals or exceeds the deposit premium charged, additional premium shall become due and payable immediately. If upon cancellation or expiration of this policy the earned premium does not equal or exceed the deposit premium charged, the deficiency shall be returned to you.

C. Changes in limits of liability shall be added by written endorsements hereon and should any additional premium be necessary, an additional provisional premium shall be payable as of the effective date of the endorsement.

D. You also agree to keep a true record of all receipts for property insured hereunder, and such records shall be open to inspection by our representatives at all times during business hours.

6. **LIMITS OF LIABILITY**

We shall not be liable for more than each of the limits shown in the Declaration for any vessel, transit exposure or promises. We will not be liable for more than the "occurrence" limit shown in the Declarations for any one "loss" occurrence regardless of the amounts of each of the separate limits shown

7. **VALUATION**

In the event of any claim, you agree that the property covered shall be valued as follows:

A. On unsold property other than used boats: We shall not be liable for more than the actual cash value taking into account proper deduction for depreciation and in no event shall we be liable for more than the cost to repair or replace the same with like kind and quality.

B. On unsold used boats: We shall not be liable for more than the actual cost or trade-in value plus actual expenses in repairing or restoring the property to its condition prior to "loss", but in no events to exceed the actual cash value at the time of loss.

C. On sold property: We shall not be liable for more than the net selling price less all discounts.

8. **DEDUCTIBLE**

Each claim for loss or damage shall be adjusted separately and from the amount of each such adjusted claim, the deductible amount shown under the Yacht Dealers portion in the Declarations shall be deducted.


@New Hampshire Insurance Company, 1991

**9. CONDITIONS**

A. It is agreed that watercraft insured hereunder shall be navigated only while in the custody of and under your direct control or that of your employee This insurance shall automatically cease when any property insured hereunder passes into the custody or control of any person or persons other than you regardless of whether you may still retain an interest.

B. You agree that all repairs and replacement for which we shall be liable hereunder shall be made at your cost prices for time, labor and material

C. Insurance will end for any additionally acquired location covered under paragraph 1.B. when any of the following first occurs:

(1) This policy expires or otherwise terminates;

(2) Sixty (60) days after you acquire the location; or

(3) You report values to us.

We will charge you additional premium from the date of acquisition.

**10. NON-REPORTING FORM CONDITIONS**

(The following coinsurance clause is not applicable if this policy is written on a reporting form basis).

**COINSURANCE CLAUSE:**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property. Instead, we will determine the

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**11. DEFINITIONS**

"Loss" means accidental loss or damage.

"Occurrence" means an unexpected accident or event.

© New Hampshire Insurance Company, 1991