# BASSETT BOAT COMPANY

The Northeast's Largest and Most Respected Boat Retailer for Over 65 Years

CONTACT US | NEW SEA RAYS | NEW VIKINGS | PRE-OWNED | BROKERAGE | HOME

ABOUT US
BASSETT BOAT LIVING
BASSETT DIRECTORY
BASSETT LEGACY
FINANCE & WARRANTY
NEWS & EVENTS
PARTS & SERVICE
PHOTO GALLERY
RENDEZVOUS & EVENTS

Boating Industry Top 100 Dealership



## Rhode Island Directory

Diane Bassett-Zable - Principal Owner
Paul Zable - Principal Owner
Matt Cini - Company Sales and Marketing Manager
Sheldon Collins - Controller
Debra Gelineau - Executive Assistant and Rendezvous Coordinator
Ron Kimmerle - Operations Manager

## Rhode Island Showroom

1 Masthead Drive
Warwick, RI 02886
Phone (401) 886-7899
Sales Fax (401) 886-7879




**Sales**
Steve Arnold - Rhode Island Sales Manager
Roger Seth - Business Manager
Chris Cote - Boat Specialist
Steve Prickett - Delivery Captain
Michael Raymond - Boat Specialist
John Ravo - Boat Specialist
Amanda Zoglio - Sales Administrator



**Service**
Michael Wojnar - Service Manager
Michael Ladue - Parts Department
Russ Hornick - Warranty
Margaret Meier & Sue Bologna - Service Writer
Gerry Roy - Service Coordinator

Sea Ray viking sport cruisers MERCURY MERCRUISER PLATINUM DEALER

Home | About Bassett Boat Co. | Contact Us | Locations | Privacy Policy | Terms Of Use | Site Map

In CT call 860-399-5581 | In RI call 401-886-7899 | In MA call 413-739-4745

Copyright © 2006 Bassett Boat Company Inc. All Rights Reserved.