UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 07-356 S |
| | : | |
| BASSETT BOAT COMPANY, INC. | : | |
| Defendant | : | |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO SEVER**

In accordance with LR Civ 29(b) and with the assent of Plaintiff, New Hampshire Insurance Company, Defendant, Bassett Boat Company, Inc., moves to extend the time for Defendant to respond to Plaintiff's Motion to Sever until June 23, 2008. Defendant's counsel is in the process of relocating its offices.

BASSETT BOAT COMPANY, INC.
By its Attorneys,

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
Phone: 401 632-0911
Fax: 401 632-0751
ghpalmer@dioriolaw.com

Richard M. Levy
*Pro Hac Vice*
Kroll, McNamara, Evans
& Delehanty, LLP
West Hartford, CT 06107
Tel. 860 561-7070
Fax: 860 561-7075
rlevy@kmelaw.com

Date: June 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008 I electronically filed the within Motion to Extend Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Brooks R. Magratten, Esq. bmagratten@vetterandwhite.com

Michael J. Daly, Esq. mdaly@vetterandwhite.com

Andrew C. Coulam, Esq. acoulam@taylorduane.com

/s/ *Gardner H. Palmer, Jr.*