**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY | : | |
| Plaintiff | : | Case No. 07-356 S |
| v. | : | |
| | : | |
| BASSETT BOAT CO., INC. | : | |
| Defendant | : | |

**COUNTERCLAIM PLAINTIFF BASSETT BOAT COMPANY, INC.'S OBJECTION TO MOTION TO SEVER CLAIMS AND TO STAY DISCOVERY OF THE SEVERED CLAIMS**

Counterclaim Plaintiff, Bassett Boat Co., Inc. ("hereinafter "Bassett"), hereby objects to Counterclaim Defendant New Hampshire Insurance Company's Motion to Sever Claims and to Stay Discovery of the Severed Claims. In support of its objection, Bassett submits its memorandum of law filed herewith.

COUNTERCLAIM PLAINTIFF,
BASSETT BOAT COMPANY, INC.
By its Attorneys

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite1200
Providence, Rhode Island 02903
401 632-0911
401 632-0751 Fax
email: ghpalmer@diorolaw.com

June 23, 2008

ORAL ARGUMENT REQUESTED

*/s/ David A. Lavenburg*_____
David A. Lavenburg, Esq. (*pro hac vice*)
KROLL, McNAMARA, EVANS
& DELEHANTY LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
860 561-7070
860 561-7075 Fax
E-mail: dlavenburg@kmelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of June, 2008, a copy of the foregoing Objection to Motion to Sever Claims was sent by electronic mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Andrew C. Coulam, Esq.
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

/s/ *Gardner H. Palmer, Jr.*