UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>Plaintiff | : | |
| v. | : | C.A. No. 07-356 S |
| BASSETT BOAT COMPANY, INC.<br>Defendant | : | |

**STIPULATION**

By agreement of the parties, Defendant Bassett Boat Company, Inc. may have up to and including August 6, 2008 to answer or otherwise respond to the Interrogatories and Request for Production of Documents of Plaintiff New Hampshire Insurance Company.

NEW HAMPSHIRE INSURANCE COMPANY
By his Attorneys,

/s/ *Michael J. Daly*
Michael J. Daly (#6729)
Vetter & White
20 Washington Place
Providence, RI 02903
401 421-3060
401 272-6803 Fax
mdaly@vetterandwhite.com

Date: July 16, 2008

BASSETT BOAT COMPANY, INC.
By its Attorneys,

/s/ *Gardner H. Palmer. Jr.*
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911
401 632-0751 Fax
ghpalmer@dioriolaw.com

Date: July 16, 2008

Richard M. Levy
*Pro Hac Vice*
Kroll, McNamara, Evans
& Delehanty, LLP
West Hartford, CT 06107
860 561-7070
860 561-7075 Fax
rlevy@kmelaw.com